1  Ashley B. Abel (So. Carolina Bar No. 1032)
   Robert M. Wood (So. Carolina Bar No. 7811 –
2  Pro Hac Vice pending)
   JACKSON LEWIS LLP
3  One Liberty Square
   55 Beattie Place
4  Greenville, SC 29601
   Telephone: (864) 232-7000
5  Fax: (864) 235-1381
   Email: abela@jacksonlewis.com
6  Email: woodr@jacksonlewis.com

7  Mark S. Askanas (California Bar No. 122745)
   Dylan B. Carp (California Bar No. 196846)
8  199 Fremont Street, 10th Floor
   San Francisco, California 94105
9  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
10 E-mail: askanasm@jacksonlewis.com
   E-mail: carpd@jacksonlewis.com
11
   Attorneys for Defendants
12 EDUCATION MANAGEMENT LLC's
   EMPLOYEE DISABILITY PLAN and
13 LIBERTY LIFE ASSURANCE COMPANY
   OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LISA TURNIPSEED,<br><br>           Plaintiff,<br><br>     v.<br><br>EDUCATION MANAGEMENT LLC's EMPLOYEE DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>           Defendant. | Case No. CV 09 3811 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed:   August 19, 2009<br>Trial Date:            None |
|---|---|

The parties hereby stipulate that Defendants shall have an additional 20 days to respond to the Complaint, up to and including October 19, 2009.

Dated: September 24, 2009        LAW OFFICES OF LAURENCE F. PADWAY

                                 By:    s/ Laurence F. Padway
                                        Laurence F. Padway
                                        Attorney for Plaintiff
                                        LISA TURNIPSEED

Dated: September 24, 2009        JACKSON LEWIS LLP

                                 By:    s/ Mark S. Askanas
                                        Mark S. Askanas
                                        Dylan B. Carp
                                        Attorneys for Defendants
                                        EDUCATION MANAGEMENT LLC's
                                        EMPLOYEE DISABILITY PLAN and LIBERTY
                                        LIFE ASSURANCE COMPANY OF BOSTON

Dated: Sept. 25, 2009

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA