Ashley B. Abel (So. Carolina Bar No. 1032)
Robert M. Wood (So. Carolina Bar No. 7811 –
Pro Hac Vice pending)
JACKSON LEWIS LLP
One Liberty Square
55 Beattie Place
Greenville, SC 29601
Telephone: (864) 232-7000
Fax: (864) 235-1381
Email: abela@jacksonlewis.com
Email: woodr@jacksonlewis.com

Mark S. Askanas (California Bar No. 122745)
Dylan B. Carp (California Bar No. 196846)
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: askanasm@jacksonlewis.com
E-mail: carpd@jacksonlewis.com

Attorneys for Defendants
EDUCATION MANAGEMENT LLC's
EMPLOYEE DISABILITY PLAN and
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TURNIPSEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATION MANAGEMENT LLC's EMPLOYEE DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | Case No. CV 09 3811 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed: August 19, 2009<br>Trial Date: None |

The parties hereby stipulate that Defendants shall have an additional 20 days to respond to the Complaint, up to and including October 19, 2009.

Dated: September 24, 2009          LAW OFFICES OF LAURENCE F. PADWAY

                                   By:     s/ Laurence F. Padway
                                           Laurence F. Padway
                                           Attorney for Plaintiff
                                           LISA TURNIPSEED

Dated: September 24, 2009          JACKSON LEWIS LLP

                                   By:     s/ Mark S. Askanas
                                           Mark S. Askanas
                                           Dylan B. Carp
                                           Attorneys for Defendants
                                           EDUCATION MANAGEMENT LLC's
                                           EMPLOYEE DISABILITY PLAN and LIBERTY
                                           LIFE ASSURANCE COMPANY OF BOSTON

Dated: Sept. 25, 2009

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero*