Robert M. Wood (So. Carolina Bar No. 7811 – Pro Hac Vice pending)
JACKSON LEWIS LLP
One Liberty Square
55 Beattie Place
Greenville, SC 29601
Telephone: (864) 232-7000
Fax: (864) 235-1381
Email: woodr@jacksonlewis.com

Mark S. Askanas (California Bar No. 122745)
Dylan B. Carp (California Bar No. 196846)
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: askanasm@jacksonlewis.com
E-mail: carpd@jacksonlewis.com

Attorneys for Defendants
EDUCATION MANAGEMENT LLC's
EMPLOYEE DISABILITY PLAN and
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TURNIPSEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATION MANAGEMENT LLC's EMPLOYEE DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | Case No.  CV 09 3811 MHP<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed:　August 19, 2009<br>Trial Date:　　　　None |

1

Case No. CV 09 3811 MHP
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)

The parties hereby stipulate that Defendants shall have an additional seven days to respond to the Complaint, up to and including October 26, 2009.

Dated: October 19, 2009                LAW OFFICES OF LAURENCE F. PADWAY


                            By:        s/ Laurence F. Padway
                                       Laurence F. Padway
                                       Attorney for Plaintiff
                                       LISA TURNIPSEED

Dated: October 19, 2009                JACKSON LEWIS LLP


                            By:        s/ Dylan B. Carp
                                       Mark S. Askanas
                                       Dylan B. Carp
                                       Attorneys for Defendants
                                       EDUCATION MANAGEMENT LLC's
                                       EMPLOYEE DISABILITY PLAN and LIBERTY
                                       LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED.

Date: October 23, 2009

APPROVED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA