1  Robert M. Wood (So. Carolina Bar No. 7811 – Pro Hac Vice)
   JACKSON LEWIS LLP
2  One Liberty Square
   55 Beattie Place
3  Greenville, SC 29601
   Telephone: (864) 232-7000
4  Fax: (864) 235-1381
   Email: woodr@jacksonlewis.com
5
   Mark S. Askanas (California Bar No. 122745)
6  Dylan B. Carp (California Bar No. 196846)
   199 Fremont Street, 10th Floor
7  San Francisco, California 94105
   Telephone: (415) 394-9400
8  Facsimile: (415) 394-9401
   E-mail: askanasm@jacksonlewis.com
9  E-mail: carpd@jacksonlewis.com

10 Attorneys for Defendants
   EDUCATION MANAGEMENT LLC's
11 EMPLOYEE DISABILITY PLAN and
   LIBERTY LIFE ASSURANCE COMPANY
12 OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TURNIPSEED, | Case No. CV 09 3811 MHP |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 6-1)** |
| v. | |
| EDUCATION MANAGEMENT LLC's EMPLOYEE DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Complaint Filed: August 19, 2009<br>Trial Date: None |
| Defendant. | |

The parties hereby stipulate that Defendants shall have until ten days after the mediation in this matter to respond to the First Amended Complaint.

Dated: February 10, 2010         LAW OFFICES OF LAURENCE F. PADWAY

                                 By:    s/ Laurence F. Padway
                                        Laurence F. Padway
                                        Attorney for Plaintiff
                                        LISA TURNIPSEED

Dated: February 10, 2010         JACKSON LEWIS LLP

                                 By:    s/ Dylan B. Carp
                                        Mark S. Askanas
                                        Dylan B. Carp
                                        Attorneys for Defendants
                                        EDUCATION MANAGEMENT LLC's
                                        EMPLOYEE DISABILITY PLAN and LIBERTY
                                        LIFE ASSURANCE COMPANY OF BOSTON

2/11/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA