1  Robert M. Wood (So. Carolina Bar No. 7811 – Pro Hac Vice)
   JACKSON LEWIS LLP
2  One Liberty Square
   55 Beattie Place
3  Greenville, SC 29601
   Telephone: (864) 232-7000
4  Fax: (864) 235-1381
   Email: woodr@jacksonlewis.com
5
   Mark S. Askanas (California Bar No. 122745)
6  Dylan B. Carp (California Bar No. 196846)
   199 Fremont Street, 10th Floor
7  San Francisco, California 94105
   Telephone: (415) 394-9400
8  Facsimile: (415) 394-9401
   E-mail: askanasm@jacksonlewis.com
9  E-mail: carpd@jacksonlewis.com

10 Attorneys for Defendants
   EDUCATION MANAGEMENT LLC's
11 EMPLOYEE DISABILITY PLAN and
   LIBERTY LIFE ASSURANCE COMPANY
12 OF BOSTON

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 LISA TURNIPSEED,                    | Case No. CV 09 3811 MHP
18              Plaintiff,              | **STIPULATION TO EXTEND TIME TO**
                                        | **RESPOND TO FIRST AMENDED**
19    v.                                | **COMPLAINT (L.R. 6-1)**
20 EDUCATION MANAGEMENT LLC's           |
   EMPLOYEE DISABILITY PLAN, LIBERTY    |
21 LIFE ASSURANCE COMPANY OF BOSTON,    | Complaint Filed:  August 19, 2009
                                        | Trial Date:       None
22              Defendant.              |

---
1
Case No. CV 09 3811 MHP
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 6-1)

The parties hereby stipulate that Defendants shall have until ten days after the mediation in this matter to respond to the First Amended Complaint.

Dated: February 10, 2010                     LAW OFFICES OF LAURENCE F. PADWAY

                                        By:       s/ Laurence F. Padway
                                              Laurence F. Padway
                                              Attorney for Plaintiff
                                              LISA TURNIPSEED

Dated: February 10, 2010                     JACKSON LEWIS LLP

                                        By:       s/ Dylan B. Carp
                                              Mark S. Askanas
                                              Dylan B. Carp
                                              Attorneys for Defendants
                                              EDUCATION MANAGEMENT LLC's
                                              EMPLOYEE DISABILITY PLAN and LIBERTY
                                              LIFE ASSURANCE COMPANY OF BOSTON

2/11/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2                                                   Case No. CV 09 3811 MHP
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 6-1)