1  Mark S. Askanas (California Bar No. 122745)
   Dylan B. Carp (California Bar No. 196846)
2  JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  E-mail: askanasm@jacksonlewis.com
            carpd@jacksonlewis.com
6
7  Robert M. Wood (So. Carolina Bar No. 7811)
   (Pro Hac Vice)
8  JACKSON LEWIS LLP
   One Liberty Square
9  55 Beattie Place
   Greenville, SC 29601
10 Telephone: (864) 232-7000
11 Fax: (864) 235-1381
   Email: woodr@jacksonlewis.com
12
   Attorneys for Defendants
13 EDUCATION MANAGEMENT LLC's
   EMPLOYEE DISABILITY PLAN and
14 LIBERTY LIFE ASSURANCE COMPANY
15 OF BOSTON

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18  |                                           | )                                          |
19  | LISA TURNIPSEED,                          | ) Case No. CV 09 3811 MHP                  |
20  |                          PLAINTIFF,       | )                                          |
    |                                           | ) **STIPULATION OF DISMISSAL WITH**        |
21  |              v.                           | )            **PREJUDICE**                 |
22  |                                           | )                                          |
23  | EDUCATION MANAGEMENT LLC's                | )                                          |
    | EMPLOYEE DISABILITY PLAN, LIBERTY         | )                                          |
24  | LIFE ASSURANCE COMPANY OF BOSTON,         | )                                          |
25  |                          DEFENDANTS.      | )                                          |
26  |                                           | )                                          |

27         Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Lisa Turnipseed,
28

1  by and through her undersigned attorney of record, hereby voluntarily dismisses all claims
2  asserted or that could have been asserted herein, with prejudice, against Education Management
3  LLC's Employee Disability Plan and Liberty Life Assurance Company of Boston ("Defendants).
4  　　　　Defendants, by and through their undersigned attorney of record, hereby consent
5  to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein,
6  with prejudice.
7  　　　　The Parties shall bear their own attorney's fees, expenses, and costs.

9  **STIPULATED TO:**

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| s/: <u>Laurence Fred Padway</u><br>Laurence Fred Padway<br>Law Offices of Laurence F. Padway<br>Attorney for Plaintiff<br>1516 Oak Street, Suite 109<br>Alameda, CA 94501<br>Tel.: (510) 814-0680<br>Fax: (510) 814-0650<br>Email: Lpadway@padway.com<br><br>Dated this 10th day of June, 2010 | By: s/ <u>Dylan B. Carp</u>*<br>Dylan B. Carp<br>Mark S. Askanas<br>Robert M. Wood<br>Attorneys for Defendants<br>EDUCATION MANAGEMENT LLC's<br>EMPLOYEE DISABILITY PLAN and<br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON<br><br>Dated this 10th day of June, 2010<br><br>*  *Pursuant to General Order No. 45, ¶ X.B., the filing attorney attests that the non-filing signatory attorney has provided his concurrence to the filing of this document.* |

6/18/2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA